**FILED**

AUG 12 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT O2:F CALIFORNIA

| | |
|---|---|
| KIFA MUHAMMAD, aka MARCUS JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> CASILLA, et al., <br><br> Defendants. | No. 2:21-cv-0411 KJN P <br><br><br> NOTICE OF ELECTION |

In compliance with the court's order filed June 25, 2021, plaintiff elects to proceed as follows:

K.M.  Plaintiff elects to proceed solely as to his Eighth Amendment claims against defendants Casilla, J. Castro, J.J. Fisher, C. Bernard, and Jane Doe.

K.M.  Plaintiff consents to the dismissal of his claims under the Fifth and Fourteenth Amendments and the ADA, without prejudice.

**OR**

_____  Plaintiff opts to file an amended complaint and delay service of process.

DATED: 8/8/21

_____
Plaintiff