IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIFA MUHAMMAD (AKA MARCUS JOHNSON),<br><br>                           Plaintiff,<br><br>v.<br><br>MARIO CASILLAS, et al.,<br><br>                           Defendants. | Case No.: 2:21-cv-0411 KJN P<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO BE EXCLUDED FROM POST-SCREENING ALTERNATIVE DISPUTE RESOLUTION PILOT PROJECT<br><br>Judge:         Honorable Kendall J. Newman<br>Trial Date:   TBA<br>Action Filed: March 8, 2021 |

   Plaintiff is a state prisoner, proceeding without counsel.  Having considered defendants' motion to be excluded from the post-screening alternative dispute resolution ("ADR") pilot project, the undersigned finds good cause to grant the motion.

   Accordingly, **IT IS ORDERED** that:

   1. Defendants' motion to opt out of the ADR pilot project (ECF No. 20) is granted.

   2. The stay of this action is lifted.

   3. Defendants shall file a responsive pleading within fourteen days from the date of this order.

Dated:  November 4, 2021

/muha0411.lft

*(signature)*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE