UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIFA MUHAMMAD, | No. 2:21-cv-0411 KJN P |
| Plaintiff, | |
| v. | ORDER |
| MARIO CASILLAS, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file a response to defendants' June 24, 2022 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 30) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file a response.

Dated: July 22, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/muha0411.36

1