IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIFA MUHAMMAD (AKA MARCUS JOHNSON),<br><br>Plaintiff,<br><br>v.<br><br>MARIO CASILLAS, et al.,<br><br>Defendants. | Case No.: 2:21-cv-0411 KJN P<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME OF 30 DAYS TO FILE A REPLY TO PLAINTIFF'S DECLARATION AND STATEMENT OF "UNDISPUTED" FACTS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>Judge: Honorable Kendall J. Newman<br>Trial Date: TBA<br>Action Filed: March 8, 2021 |

Plaintiff is a state prisoner, proceeding pro se. On October 14, 2022, defendants filed a motion for extension of time to file a reply to plaintiff's declaration and statement of "undisputed" facts in opposition to motion for summary judgment.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion (ECF No. 34) is granted; and

2. Within thirty days from the date of this order, defendants shall file their reply.

////

////

All other provisions of the Court's November 22, 2021 Discovery and Scheduling Order (ECF No. 23) shall remain in full force and effect.

Dated: October 18, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/muha0411.eot