UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIFA MUHAMMAD, aka MARCUS JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>CASILLAS, et al.,<br><br>          Defendants. | No. 2:21-cv-0411 DAD KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. On February 27, 2023, the undersigned recommended that defendants' motion for summary judgment be granted. Plaintiff filed a motion for extension of time to file objections, and on March 23, 2023, plaintiff was granted 45 days to file objections, or May 8, 2023. Plaintiff did not file objections on or before May 8, 2023. Rather, plaintiff's objections were signed on May 20, 2023, and filed on May 25, 2023. (ECF No. 45.) Because the court would have granted plaintiff a second extension of time to file objections, plaintiff is granted an extension of time, nunc pro tunc, and finds the objections timely filed. Defendants are granted fourteen days from the date of this order to file a response to the objections.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted an extension of time, nunc pro tunc, to the pending findings and recommendations; the objections (ECF No. 45) are deemed timely filed; and

2. Defendants are granted fourteen days from the date of this order in which to file a response to plaintiff's objections.

Dated: May 31, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/muha0411.resp